IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

VALORIE SNIDER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:16-cv-02236-JR
**ORDER**

---

AIKEN, District Judge:

Magistrate Judge Jolie Russo filed her Findings and Recommendation ("F&R") on 1/08/2018 (doc. 29) recommending that the decision of the Commissioner be reversed and remanded for further proceedings. The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's F&R, the district court must make a *de novo* determination of that portion of the magistrate judge's report. *See* 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert denied*, 455 U.S. 920 (1982).

Plaintiff filed timely objections to the F&R (doc. 34), and the Commissioner has filed a response to those objections (doc. 35). Thus, I review the F&R *de novo*.

PAGE 1 – ORDER

Having reviewed the record and the F&R *de novo*, I find no error in Judge Russo's reasoning.

Thus, I adopt Magistrate Judge Russo's F&R (doc. 29) in its entirety. Accordingly, the decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with the F&R and this order. This case is DISMISSED.

IT IS SO ORDERED.

Dated this 9th day of March, 2018.

*/s/ Ann Aiken*

Ann Aiken
United States District Judge